**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**U.S. District Court for the District of New Jersey**

Robert Bovero

                  Plaintiff,

v.                                              Case No.:
                                                   1:13−cv−02063−NLH−AMD

                                                   Judge Noel L. Hillman

Electrolux Home Products Incorporated

                                  Defendant.

**Dear Stuart M. Eppsteiner, Carl B. Wisoff:**

    Please be advised, our records show that you are not a member of the Federal Bar of New Jersey. Therefore, you are responsible for having a member of the Bar of this Court file an appearance in accordance with Local Civil Rule 101.1 on behalf of your client.

                                                     Sincerely,

                                                     *William T. Walsh*, CLERK
                                                     By Deputy Clerk, dd